UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LUCILLE PALLADINO,                                         :
:
                            Plaintiff,   :
:          25-CV-355 (VSB)
           -against-                       :
:          **ORDER**
GUARDIAN VETERINARY               :
MANAGEMENT LLC, *et al.*,            :
:
                       Defendants.  :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    Defendants are directed to file their response, if any, to Plaintiff's letter motion dated January 28, 2025, (Doc. 26), by February 7, 2025.

SO ORDERED.

Dated:    January 29, 2025
             New York, New York

Vernon S. Broderick
United States District Judge