UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                     :

LUCILLE PALLADINO,

                          Plaintiff,

                                                       25-CV-355 (VSB)

            -against-

                                                         **ORDER**

GUARDIAN VETERINARY
MANAGEMENT LLC, *et al.*,

                        Defendants.

----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       After reviewing submissions from Plaintiff and Defendants, who both agree that mediation will likely not be productive at this time, it is hereby ORDERED that the above-captioned case is removed from the mediation program. The referral to mediation, (Doc. 19), is hereby closed.

SO ORDERED.
Dated:      January 30, 2025
               New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge