IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCILLE PALLADINO, individually and on behalf of all others similarly situated,<br><br>            **Plaintiff,**<br><br>-against-<br><br>GUARDIAN VETERINARY MANAGEMENT LLC; 18E KINGSBRIDGE RD LLC; 4 HARDSCRABBLE HEIGHTS LLC; HARDSCRABBLE VETERINARY HOSPITAL PLLC; and JASON BERG, individually,<br><br>            **Defendants.** | Case No. 25-CV-355 (VSB)(OTW)<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Lucille Palladino hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated December 8, 2025 and annexed hereto as **Exhibit A**.

Dated: December 10, 2025
      New York, New York

                                                                  Respectfully submitted:

                                                                  Armando A. Ortiz

                                                                  **FITAPELLI & SCHAFFER, LLP**
                                                                  Brian S. Schaffer
                                                                  Armando A. Ortiz
                                                                  Katherine Bonilla
                                                                  28 Liberty Street, 30th Floor
                                                                  New York, New York 10005
                                                                  Tel: (212) 300-0375
                                                                  Fax: (212) 481-1333
                                                                  bschaffer@fslawfirm.com

1

aortiz@fslawfirm.com  
kbonilla@fslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I served the foregoing Notice of Acceptance of Offer of Judgment upon Defendants via the court's e-filing system and via email upon the following counsel of record:

Scott Trivella  
Christopher A. Smith  
*Attorneys for Defendants*  
1311 Mamaroneck Avenue, Suite 170  
White Plains, New York 10605  
scott@tfsllp.com  
chris@tfsllp.com

Counsel for Defendants

Armando A. Ortiz

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCILLE PALLADINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>-against-<br><br>GUARDIAN VETERINARY MANAGEMENT LLC; 18E KINGSBRIDGE RD LLC; 4 HARDSCRABBLE HEIGHTS LLC; HARDSCRABBLE VETERINARY HOSPITAL PLLC; and JASON BERG, individually,<br><br>      Defendants. | Case No. 25-CV-355 (VSB)(OTW)<br><br>RULE 68<br><br>OFFER OF JUDGMENT |

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them in favor of Plaintiff Lucille Palladino ("Plaintiff"), individually, in the sum of Eighty Thousand Dollars and Zero Cents ($80,000.00), inclusive of all her costs and legal fees.

  This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result therefrom shall be construed as an admission of liability by Defendants or that Plaintiff has suffered any damages. This Offer of Judgment shall be deemed withdrawn unless Plaintiff serves written notice of her acceptance within fourteen (14) days of the date on which this Offer of Judgment is served. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

1

Dated: <u>December 8</u>, 2025         **TRIVELLA & FORTE**

                                       **LLP** B<small>Y</small>: _____
                                           Scott Trivella
                                           Christopher Smith
                                           *Attorneys for Defendants*
                                           1311 Mamaroneck Avenue, Suite 170
                                           White Plains, New York 10605
                                           scott@tfsllp.com
                                           chris@tfsllp.com


## CERTIFICATE OF SERVICE

I hereby certify that on <u>December</u> 8, 2025, I served the foregoing Offer of Judgment upon Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure by electronic mail and the court's e-filing system upon the following counsel of record for Plaintiff:

Armando Ortiz, Esq.
*Attorneys for Plaintiffs*
FITAPELLI & SCHAFFER, LLP
28 Liberty Street, 30th Floor
New York, NY 10005
Tel: (212) 300-0375
Email: aortiz@fslawfirm.com

                                       **TRIVELLA & FORTE LLP**

                                       B<small>Y</small>: _____
                                           Scott Trivella
                                           Christopher Smith
                                           *Attorneys for Defendants*
                                           1311 Mamaroneck Avenue, Suite 170
                                           White Plains, New York 10605
                                           scott@tfsllp.com
                                           chris@tfsllp.com