**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LUCILLE PALLADINO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>**-against-**<br><br>**GUARDIAN VETERINARY MANAGEMENT LLC; 18E KINGSBRIDGE RD LLC; 4 HARDSCRABBLE HEIGHTS LLC; HARDSCRABBLE VETERINARY HOSPITAL PLLC; and JASON BERG, individually,**<br><br>**Defendants.** | **Case No. 25-CV-355 (VSB)(OTW)** |

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Guardian Veterinary Management LLC; 18 E Kingsbridge RD LLC; 4 Hardscrabble Heights LLC; Hardscrabble Veterinary Hospital PLLC; and Jason Berg, individually, offered to allow Plaintiff Lucille Palladino ("Plaintiff") to take a judgment against them in the sum of Eighty Thousand Dollars and Zero Cents ($80,000.00), inclusive of costs and attorneys' fees with respect to Plaintiff's individual claims under the Fair Labor Standards Act and the New York Labor Law in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 8, 2025 and the acceptance of said offer of judgment filed by Plaintiff on December 10, 2025 (ECF No. 60).

This Judgment shall not be construed as an admission of liability or wrongdoing by Defendants. This Judgment resolves only Plaintiff's individual claims and damages under the Fair

1

Labor Standards Act and the New York Labor Law and does not adjudicate, release, or otherwise affect any putative class or collective claims asserted in the Complaint.

It is **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Lucille Palladino in the sum of Eighty Thousand Dollars and Zero Cents ($80,000).

**SO ORDERED:**

12/11/2025

_____

**HON. VERNON S. BRODERICK, U.S.D.J.**

2